AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

ROMANO CANDIDO

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1033-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about and between February and March of 2004 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly and without lawful authority transfer false identification documents and did use and sell, as true and genuine false and forged documentary evidence required and authorized by law relating to the registry of aliens

in violation of Title 18 United States Code, Section(s) 1028(a)(2) and 1426(b).

I further state that I am a(n) Special Agent and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-12-2004 at Boston, MA
Date                    City and State

Judith G. Dein
Magistrate Judge                    _____
Name & Title of Judicial Officer    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.