AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ROMANO CANDIDO
A/K/A "ROMANO"

## WARRANT FOR ARREST

CASE NUMBER: 04M - 1033-JGD

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          ROMANO CANDIDO A/K/A "ROMANO"

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

, Indictment ;  , Information |x| Complaint |  | Order of court |  | Violation Notice ,  | Probation Violation Petition

charging him or her with (brief description of offense)

transferring fraudulent documents and false alien registration documents

in violation of
Title                    18                   United States Code, Section(s)  1028(a)(2) and 1426(b)

Judith Gail Dein
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

3/12/04 Boston, MA
Date and Location

Bail fixed at $ ............................ by ...................

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.