AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

__Renzano Fondito__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: __04m-1033-JGD__

I, __Renzano Fondito__, charged in a ☒ complaint ☐ petition pending in this District __Massachusetts__ in violation of __18__, U.S.C., __1028(a)(2) and 1426(b)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_____
Defendant

__3-25-04__
Date

_____
Counsel for Defendant